J. A20018/17

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| A.D.C. | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| v. | : | |
| | : | |
| D.C., | : | No. 568  MDA 2017 |
| | : | |
| Appellant | : | |

Appeal from the Order Entered March 20, 2017,
in the Court of Common Pleas of Columbia County
Orphans' Court Division at No. 365 of 2016

BEFORE:  GANTMAN, P.J., PANELLA, J., AND FORD ELLIOTT, P.J.E.

CONCURRING STATEMENT BY FORD ELLIOTT, P.J.E.:

**FILED OCTOBER 23, 2017**

I join the Majority only as to its finding of waiver for Mother's failure to truly object to the trial court's ruling.  I do not join the Majority's discussion of the merits.